IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
DEC 12 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| SUSAN E. HOWARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAYMOND BLACKMER<br>and DOES I-V,<br><br>　　　　Defendants. | CV 19–133–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The trial set for October 26, 2020, is VACATED.

DATED this 12th day of December, 2019.

　　　　　　　　　　　　/s/ Donald W. Molloy
　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　United States District Court